# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

UNITED STATES OF AMERICA,

      Plaintiff,

    v.                  CASE NO.:  96-40018-JAR

GREGORY STOREY,

      Defendant.

### ENTRY OF APPEARANCE BY GOVERNMENT COUNSEL

      Jared S. Maag, Assistant United States Attorney for the District of Kansas, hereby enters his appearance as counsel for the United States. Copies of all pleadings and correspondence should be served on Jared S. Maag at the office of the United States Attorney shown below.

1

Respectfully submitted,

STEPHEN R. McALLISTER
United States Attorney
District of Kansas


By:     /s/  *Jared S. Maag*

JARED S. MAAG, Ks. Bar. No. 17222
Assistant United States Attorney
290 Carlson Federal Bldg.
444 SE Quincy St.
Topeka, KS 66683
Ph: 785.295.2850 (Office)
Fax: 785.295.2853
jared.maag@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of January, 2020, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court by using the CM/ECF system.



By:     /s/  *Jared S. Maag*

JARED S. MAAG, Ks. Bar. No. 17222
Assistant United States Attorney

2